UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDITH L. YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>DESERT VILLA PARTNERS, LP (a/k/a DESERT VILLA APARTMENTS), JAN ANGERMAN, ANNETTE HUDSON, CECLIA ANTONIAS,<br><br>    Defendants. | NO: 1:14-CV-5094-TOR<br><br>ORDER DENYING MOTION FOR REMOVAL |

BEFORE THE COURT are Plaintiff's Motion for Removal and Plaintiff's Motion to Dismiss Motion for Removal. ECF No. 7, 9. These matters were submitted for consideration without oral argument. Plaintiff is proceeding pro se. Defendants have not yet filed a notice of appearance in this case. The Court has reviewed the record and files herein, and is fully informed.

Plaintiff filed a Complaint and Request for a Temporary Restraining Order in this Court on September 12, 2014. ECF Nos. 1, 3. On December 5, 2014,

ORDER DENYING MOTION FOR REMOVAL -- 1

Plaintiff filed a motion requesting removal to this Court of an associated unlawful detainer action currently before the Superior Court for Benton County, Washington. ECF No. 7. Plaintiff now requests that the Court dismiss her motion for removal. ECF No. 9.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Removal (ECF No. 7) is **DENIED**.

2. Plaintiff's Motion to Dismiss Motion for Removal (ECF No. 9) is **GRANTED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward a copy to the Plaintiff.

**DATED** January 26, 2015.

*/s/ Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION FOR REMOVAL -- 2