UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDITH L. YOUNG, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DESERT VILLA PARTNERS, LP; JAN ANGERMAN, ANNETTE HUDON, and CECELIA ANTONIO,<br><br>　　　　　　　　Defendants. | NO: 4:14-CV-5094-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 33). The parties' have stipulated that all claims and causes of action against Defendants Desert Villa Partners, LP; Jan Angerman; Annette Hudon; and Cecelia Antonio be dismissed with prejudice and without costs or fees to any party (see also ECF No. 32). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action against Defendants Desert Villa Partners, LP; Jan Angerman; Annette Hudon; and Cecelia Antonio are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Clerk shall enter this order, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 17, 2015.



*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2